IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SONDRA WYNN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   **Civil Action No. 09-0790-CG-C** |
| | * |
| **DAVISON DESIGN &** | * |
| **DEVELOPMENT, INC.,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 19, 2010, is **ADOPTED** as the opinion of this court.

**DONE** and **ORDERED** this 8th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The court has carefully considered the arguments of the defendant concerning the statute of limitations issue, and find that the recommendation is due to be adopted. The court cannot, at this stage, find that it appears beyond a doubt that Plaintiff can prove no set of facts that toll the statute of limitations.