IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SONDRA WYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:09-cv-00790-CG-C |
| | ) |
| DAVISON DESIGN & DEVELOPMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR ENTRY OF JUDGMENT

Plaintiff and defendant hereby stipulate that the Court enter a judgment in favor of defendant, dismissing plaintiff's claims with prejudice, with all parties to bear their own costs.

_____
MARTIN B. SIPPLE
(Florida Bar No. 0135399)
Attorney for Plaintiff

OF COUNSEL:

AUSLEY & McMULLEN, P.A.
P. O. Box 391
Tallahassee, FL  32302
(850) 224-9115

_____
HENRY A. CALLAWAY (CALLH4748)
Attorney for Defendant

OF COUNSEL:

HAND ARENDALL LLC
Post Office Box 123
Mobile, AL  36601
(251) 432-5511

stip-judgment