IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONDRA WYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0790-CG-C |
| | ) |
| DAVISON DESIGN & DEVELOPMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

A joint stipulation for entry of judgment having been filed by the parties (Doc. 53), it is

**ORDERED, ADJUDGED and DECREED** that plaintiff's claims against defendant Davison Design & Development, Inc. are hereby **DISMISSED WITH PREJUDICE.** Each party shall bear his or its own costs.

**DONE and ORDERED** this 7th day of September, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE